AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| CHRISTOPHER VITALE, *Plaintiff(s)* v. SSP AMERICA, INC., and UNITE HERE LOCAL 100, *Defendant(s)* | Civil Action No. 1:26-cv-5373 |

## SUMMONS IN A CIVIL ACTION

*To: (Defendant's name and address)*

**SSP AMERICA, INC.**
c/o C T CORPORATION SYSTEM, Registered Agent
28 Liberty Street, Floor 42
New York, New York 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ACAMPORA & LEVINE, ATTORNEYS AT LAW, P.C.
Annalisa Acampora, Esq.
1615 Merrick Road
Merrick, New York 11566
Tel: (516) 407-3400 | Fax: (516) 407-3399
Email: annalisa@aclevlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLEAR OF COURT

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*