# EXHIBIT A

SSP America Grievance Meeting Recap

*Grievance No. 538110 — Response dated July 2, 2026*

SSP America
The Food Travel Experts

**Grievance Meeting Recap**

| |
|---|
| Grievance Meeting Date: 05/25/2026 |
| Grievance Number: 538110 |
| Employee Name: Christopher Vitale |
| Grievance Complaint: Termination W/O Just Cause |
| Response Date: 07/02/2026 |
| Response Recipients: Dennis Diaz, Eduardo Lopez |
| SSP Copied: Janice M, Shelly-Ann F, Tracy B, Jeff W. |

## Summary Response:

Grievance 538110 was held on Thursday May 25th, 2026. With the following attendees

- **Grievant:** Christopher Vitale
- **Company Representatives:** Natalia Jones, Shelly-Ann Foster, Janice McKenzie
- **Union Representatives:** Dennis Diaz, Eduardo Lopez
- **Shop Stewards:** Laura Zukas, Savitrie Sukhram

## Outcome:

During the grievance meeting, the Company reviewed the circumstances surrounding Mr. Vitale's separation from employment. The Company explained that Mr. Vitale voluntarily separated from employment through job abandonment.

Mr. Vitale had been approved for a period of vacation. Approximately three days before the end of his approved vacation, he contacted his manager requesting an extension of his leave. The manager responded in writing that the request was denied and that he was expected to return to work as scheduled. Mr. Vitale did not report to his scheduled shifts following the denial, resulting in his separation for job abandonment.

During the grievance meeting, Mr. Vitale stated that, prior to taking his vacation, he had verbally discussed the possibility of extending his time off with his manager and believed she told him it would not be an issue as long as he notified her in advance. He acknowledged that after submitting his request, the manager responded that the extension was denied; however, he stated that he interpreted the manager's response as a joke and therefore did not return to work as scheduled.

Mr. Vitale also advised during the grievance meeting that he is not interested in returning to employment with SSP America.

Natalia Jones, People Leader/JFK
929.343.4877

**EX. A-1**

The Union requested that the Company change Mr. Vitale's separation status from Job Abandonment to Voluntary Resignation. The Company advised the Union that it would review the request and provide a response.

## Decision:

After reviewing the information presented, the Company has decided to uphold the separation as Job Abandonment. Mr. Vitale received written notice that his request to extend his vacation was denied and that he was expected to return to work. Despite receiving this communication, he failed to report for his scheduled shifts. Accordingly, the Company has determined that the separation was appropriately classified as Job Abandonment.

Should you require further assistance or clarification, feel free to contact us.

Natalia Jones, People Leader/JFK
929.343.4877