# EXHIBIT B

Letter, Counsel to Eduardo Lopez

*Dated May 22, 2026 — transmitted May 23, 2026*

ACAMPORA & LEVINE ATTORNEYS AT LAW PC
1615 Merrick Road
Merrick, NY 11566
516-407-3400
516-407-3399

May 22, 2026

**VIA EMAIL elopez@100.unitehere.org**
Eduardo Lopez

**Request for Immediate Union Representation and Grievance for Wrongful Termination**

Re: Christopher Vitale
SSP—JFK Terminal 5
Date of Termination: April 22, 2026

Dear Mr. Lopez:

Please be advised that this office represents Christopher Vitale in connection with his wrongful termination from his employment with SSP at JFK Terminal 5.

Mr. Vitale has made countless phone calls and sent numerous emails to both his union representative and the union office seeking assistance and representation regarding his termination. Despite his repeated efforts, he has received no meaningful response, communication, or support from the union. This letter therefore serves as a formal demand for immediate representation and action concerning his unlawful discharge.

Mr. Vitale had an approved vacation scheduled from April 8, 2026 through April 16, 2026. Prior to departing, he informed his manager, Kristine, that he might need to extend his trip through April 21, 2026 and return to work on April 22, 2026. Kristine advised him to provide her with a couple of days' notice should he decide to extend his trip.

Consistent with that instruction, on April 13, 2026, Mr. Vitale contacted Kristine and informed her that he would in fact be extending his trip. In response, she stated that they would need to speak because it was "going to be an issue." At no point during that communication was Mr. Vitale advised that the extension request was denied, that his employment was in jeopardy, or that termination would result from the extension of his approved leave.

Relying upon those communications, Mr. Vitale reported to work at his scheduled shift on April 22, 2026, at which time he was abruptly instructed to surrender his badge and informed that his employment had been terminated.

Notably, Mr. Vitale had never received any prior write-ups, disciplinary actions, warnings, or performance-related complaints during his employment. To the contrary, he was an outstanding employee with a strong work history and record of professionalism.

Further, we allege that Mr. Vitale was subjected to discriminatory treatment and racial profiling within the workplace. Specifically, it is our understanding that manager Bibi intentionally targeted and pushed Mr. Vitale out of his position in order to replace him with close personal friends who share the same ethnic and religious background as management. Mr. Vitale was the only white employee working both on the floor and in the back-of-house operations. We contend that his termination was not the result of misconduct or wrongdoing on his part, but rather stemmed from discriminatory motives, unequal treatment, and failures in communication by management and upper staff.

Under these circumstances, the termination appears arbitrary, discriminatory, retaliatory, and wholly inconsistent with principles of progressive discipline, fair labor practices, and equal employment protections.

Accordingly, we request that the union immediately:

1. Confirm whether a grievance has been filed on Mr. Vitale's behalf;
2. Advise of all applicable grievance deadlines and procedures;
3. Produce copies of all disciplinary records, internal complaints, investigatory documents, and termination paperwork relating to Mr. Vitale;
4. Advise why no union representative has responded to Mr. Vitale's repeated requests for assistance; and
5. Take all necessary action to challenge this wrongful termination and fulfill the union's duty of fair representation.

Please contact this office immediately upon receipt of this correspondence. We expect prompt attention to this matter and reserve all rights and remedies available to Mr. Vitale under applicable labor and employment laws.

Sincerely,
/s/Annalisa Acampora
Annalisa Acampora, Esq.
*Attorney for Christopher Vitale*
Email: annalisa@aclevlaw.com