# EXHIBIT C

Email Correspondence — Counsel, UNITE HERE Local 100, and SSP

*May 23, 2026 – June 25, 2026*

**From:** Chris Vitale
**To:** Annalisa Acampora
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination
**Date:** Thursday, June 25, 2026 12:08:18 PM

I affirm my attorney's position and request you not change my termination to a resignation
Sent from my iPhone

On Jun 25, 2026, at 11:04 AM, Annalisa Acampora <Annalisa@aclevlaw.com> wrote:

Hi all
Having conferred with my client following the grievance meeting from which I was improperly excluded, please be advised that we formally and unequivocally reject your offer to reclassify his termination as a resignation.

We maintain our position that my client was wrongfully terminated, and that said termination was the product of unlawful discrimination. Any characterization of his separation as a voluntary resignation is factually inaccurate and legally untenable, and we will not accept or acquiesce to such a designation under any circumstances.

We reserve all rights and remedies available to my client under applicable federal and state law.

Best regards,
*Annalisa Acampora, Esq.*
ACAMPORA & LEVINE ATTORNEYS AT LAW
1615 Merrick Road
Merrick, NY 11566
Tel: 516-407-3400
Fax: 516-407-3399
Email: annalisa@aclevlaw.com

---

**From:** Annalisa Acampora <Annalisa@aclevlaw.com>
**Sent:** Thursday, 18 June 2026 11:10:51
**To:** Dennis Diaz <ddiaz@unitehere.org>
**Cc:** chrislite1087@icloud.com <chrislite1087@icloud.com>; Eduardo Lopez <ELopez@100.unitehere.org>
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

Looking forward to meeting you all! Have a great day.

Best regards,
***Annalisa Acampora, Esq.***
ACAMPORA & LEVINE ATTORNEYS AT LAW
1615 Merrick Road
Merrick, NY 11566
Tel: 516-407-3400
Fax: 516-407-3399
Email: annalisa@aclevlaw.com

Confidentiality Notice: The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please contact me immediately, and delete the communication from any computer or network system. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Dennis Diaz <ddiaz@unitehere.org>
**Sent:** Thursday, June 18, 2026 11:09 AM
**To:** Annalisa Acampora <Annalisa@aclevlaw.com>
**Cc:** chrislite1087@icloud.com <chrislite1087@icloud.com>; Eduardo Lopez <ELopez@100.unitehere.org>
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

We disagree and this will be the last response out of courtesy.

We will be in touch with the member.

Thank you

Dennis Diaz
Sent from my iPhone

> On Jun 18, 2026, at 11:07 AM, Annalisa Acampora <Annalisa@aclevlaw.com> wrote:
>
> Your response is both concerning and insufficient.
>
> As you are aware, your member, my client, Mr. Christopher Vitale, requested a copy of the applicable Collective Bargaining Agreement from Mr. Lopez. To date, that request has been ignored, despite repeated demands. My office has likewise requested a complete copy of the CBA, including all provisions governing grievance procedures and representation rights, and you have still failed to produce it.
>
> Further, Mr. Vitale has been attempting for more than two months to have his Union representatives and Human Resources investigate and pursue a grievance concerning his wrongful termination. My office has also been attempting for approximately one month to have the Union investigate and address Mr. Vitale's allegations. Despite these efforts, virtually nothing has been done. The very purpose of union representation is to protect the interests of its members and to promptly advocate on their behalf when employment disputes arise—not to disregard repeated requests for assistance and allow allegations of wrongful termination to languish without meaningful action.
>
> You now take the position that attorneys are not permitted to attend grievance meetings. However, despite multiple requests, you have failed to identify any provision of the Collective Bargaining Agreement, Union policy, or other authority supporting that assertion. Given your continued refusal to provide the governing CBA, I am left with the reasonable impression that this purported prohibition is being asserted arbitrarily and without contractual support.
>
> Moreover, neither the Union nor its representatives have the authority to dictate whether Mr. Vitale may consult with or be represented by legal counsel. If you contend that counsel is prohibited from attending a grievance meeting, then produce the specific contractual language or authority upon which you rely. To date, you have failed to do so.

I am finished with the unnecessary back-and-forth on this issue. My position remains unchanged: I will attend any grievance meeting concerning my client unless and until you provide written authority demonstrating that legal counsel is prohibited from being present. General statements that the Union will "deal with the member" are not a substitute for the production of the governing contractual language.

Should I be denied entry to the meeting, Mr. Vitale will not participate, and we will pursue any and all remedies available to him arising from the Union's conduct, including but not limited to any claims relating to the Union's failure to adequately represent its member and its continued refusal to provide requested contractual documents.

Please provide the requested CBA immediately, together with the specific provision upon which you rely for your position regarding counsel's attendance.

Best regards,

*Annalisa Acampora, Esq.*

ACAMPORA & LEVINE ATTORNEYS AT LAW

1615 Merrick Road

Merrick, NY 11566

Tel: 516-407-3400

Fax: 516-407-3399

Email: annalisa@aclevlaw.com

---

**From:** Dennis Diaz <ddiaz@unitehere.org>
**Sent:** Thursday, June 18, 2026 10:49 AM
**To:** Annalisa Acampora <Annalisa@aclevlaw.com>
**Cc:** chrislite1087@icloud.com <chrislite1087@icloud.com>; Eduardo Lopez <ELopez@100.unitehere.org>
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

Good morning

Our obligation is with the member. Again we will deal with the member.

Thank you

Dennis Diaz
Sent from my iPhone

> On Jun 18, 2026, at 10:36 AM, Annalisa Acampora <Annalisa@aclevlaw.com> wrote:
>
> Again, I requested that you provide a complete copy of the applicable collective bargaining agreement, including any provisions governing grievance procedures

and representation at grievance meetings. Until you provide such I will be in attendance.

Best regards,

*Annalisa Acampora, Esq.*
ACAMPORA & LEVINE ATTORNEYS AT LAW
1615 Merrick Road
Merrick, NY 11566
Tel: 516-407-3400
Fax: 516-407-3399
Email: annalisa@aclevlaw.com

---

**From:** Dennis Diaz <ddiaz@unitehere.org>
**Sent:** Thursday, 18 June 2026 10:33:08
**To:** Annalisa Acampora <Annalisa@aclevlaw.com>
**Cc:** chrislite1087@icloud.com <chrislite1087@icloud.com>; Eduardo Lopez <ELopez@100.unitehere.org>
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

Hello

Attorneys are not allowed in our grievance meetings. Again the grievant will be able to attend.

Thank you

Dennis Diaz
Sent from my iPhone

> On Jun 18, 2026, at 10:08 AM, Annalisa Acampora <Annalisa@aclevlaw.com> wrote:
>
> I'll be in attendance
>
> Best regards,
>
> *Annalisa Acampora, Esq.*
> ACAMPORA & LEVINE ATTORNEYS AT LAW
> 1615 Merrick Road
> Merrick, NY 11566
> Tel: 516-407-3400
> Fax: 516-407-3399
> Email: annalisa@aclevlaw.com
>
> ---
>
> **From:** Dennis Diaz <ddiaz@unitehere.org>
> **Sent:** Thursday, 18 June 2026 09:59:11
> **To:** Annalisa Acampora <Annalisa@aclevlaw.com>
> **Cc:** chrislite1087@icloud.com <chrislite1087@icloud.com>;

Eduardo Lopez <ELopez@100.unitehere.org>
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

Good morning:

We will deal with grievant.

Thank you

Dennis Diaz
Sent from my iPhone

On Jun 18, 2026, at 9:53 AM, Annalisa Acampora <Annalisa@aclevlaw.com> wrote:

You don't often get email from annalisa@aclevlaw.com. Learn why this is important

Good Morning

I appreciate your confirmation that a grievance has been filed regarding Mr. Vitale's termination, that the Union will investigate the matter, and that a grievance meeting will be scheduled.

However, I would still respectfully request that you provide a complete copy of the applicable collective bargaining agreement, including any provisions governing grievance procedures and representation at grievance meetings. As these provisions are central to the issues raised in my prior correspondence, it is important that both my client and I have the opportunity to review them.

Additionally, while I note your statement that Mr. Vitale will be present for the grievance meeting, I want to reiterate that I represent Mr. Vitale in this matter and will need to attend any grievance meeting concerning his termination. To the extent there is any position that counsel may not attend, please identify the specific contractual provision or other authority upon which that position is based.

Please provide several available dates and times once they become available so that we may coordinate schedules and ensure that both Mr. Vitale and I can attend.

I look forward to your response and to receiving a copy of the collective bargaining agreement.

Best regards,

*Annalisa Acampora, Esq.*
ACAMPORA & LEVINE ATTORNEYS AT LAW
1615 Merrick Road
Merrick, NY 11566
Tel: 516-407-3400
Fax: 516-407-3399
Email: annalisa@aclevlaw.com

Confidentiality Notice: The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please contact me immediately, and delete the communication from any computer or network system. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Dennis Diaz <ddiaz@unitehere.org>
**Sent:** Wednesday, June 17, 2026 7:27 PM
**To:** Annalisa Acampora <Annalisa@aclevlaw.com>
**Cc:** chrislite1087@icloud.com <chrislite1087@icloud.com>; Eduardo Lopez <ELopez@100.unitehere.org>
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

Hello

We have filed a grievance for the termination. We will set up a date to meet and we will notify the grievant with the date and time which he should be present for his grievance meeting.

We will investigate and meet with the company.

We will communicate with the grievant moving forward.

I hope this clears your concern.

Thank you

Dennis Diaz

Sent from my iPhone

On Jun 17, 2026, at 5:47 PM, Annalisa Acampora <Annalisa@aclevlaw.com> wrote:

You don't often get email from annalisa@aclevlaw.com. Learn why this is important

Dear Mr. Dennis Diaz:
It has come to my attention that Mr. Lopez contacted my client to schedule a grievance meeting for next week. As my client has previously advised, I will need to be present at any such meeting. Accordingly, please provide several available dates and times so that we may coordinate schedules and arrange a mutually convenient meeting.

Additionally, my client informed me that Mr. Lopez stated he does not deal with attorneys and that I would not be permitted to attend the meeting, purportedly based upon provisions contained in the applicable contract. Please identify the specific contractual provision upon which Mr. Lopez is relying for that position as well as a complete copy of said contract.

Further, if Mr. Lopez's position is that he does not communicate or deal with legal counsel, please provide me with the appropriate contact information for your legal department or counsel so that these issues may be addressed immediately. Given the manner in which this matter has been handled to date, and the apparent lack of seriousness and consideration being afforded to my client's concerns, my client will not attend any grievance meeting without legal representation present.

I look forward to your prompt response regarding available meeting dates and the basis for Mr. Lopez's position.

Best regards,

*Annalisa Acampora, Esq.*
ACAMPORA & LEVINE
ATTORNEYS AT LAW
1615 Merrick Road
Merrick, NY 11566

Tel: 516-407-3400
Fax: 516-407-3399
Email: annalisa@aclevlaw.com

Confidentiality Notice: The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please contact me immediately, and delete the communication from any computer or network system. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Annalisa Acampora
**Sent:** Wednesday, June 17, 2026 1:31 PM
**To:** ddiaz@unitehere.org <ddiaz@unitehere.org>
**Cc:** chrislite1087@icloud.com <chrislite1087@icloud.com>; elopez@100.unitehere.org <elopez@100.unitehere.org>; ursula.holden@foodtravelexperts.com <ursula.holden@foodtravelexperts.com>
**Subject:** RE: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

Dear Mr. Dennis Diaz:

I am copying you on this correspondence because, despite repeated outreach over the past month, we have received no substantive response from Mr. Eduardo Lopez or Ms. Ursula Holden regarding the above-referenced matter. The only communication received from Mr. Lopez to date was a text exchange on June 4th, which is attached for your review. As that exchange reflects, Mr. Lopez appeared to have no knowledge of who I was or why I was contacting him, despite

having received my office's letter of May 22nd and two subsequent follow-up emails specifically addressed to him concerning my client's case.

This continued absence of meaningful communication or action is unacceptable and reflects a clear failure on the union's part to fulfill its duty of fair representation. It reinforces our position that my client's concerns and allegations have not been treated with the seriousness they warrant, and it raises serious doubt as to whether any genuine investigation into his claims of unlawful termination has taken place at all.

I was advised by Kati, the receptionist at the JFK union office, that you serve as the lead union representative overseeing Mr. Lopez and his team. I am therefore bringing this matter directly to your attention, as it can no longer go unaddressed. Please be advised that my client is prepared to pursue all available legal remedies, including a civil action for wrongful and racially motivated termination against the employer, as well as a claim against the union for breach of its duty of fair representation in connection with its handling of his grievance. We would prefer to resolve this matter without resorting to litigation, but that will require immediate, substantive engagement on your part. For your reference, the prior correspondence in this matter is set forth below.

Please contact me at my office immediately to discuss.

Best regards,
*Annalisa Acampora, Esq.*
ACAMPORA & LEVINE
ATTORNEYS AT LAW
1615 Merrick Road
Merrick, NY 11566
Tel: 516-407-3400

Fax: 516-407-3399
Email: annalisa@aclevlaw.com

Confidentiality Notice: The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please contact me immediately, and delete the communication from any computer or network system. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Annalisa Acampora <Annalisa@aclevlaw.com>
**Sent:** Thursday, June 4, 2026 12:56 PM
**To:** elopez@100.unitehere.org; ursula.holden@foodtravelexperts.com
**Cc:** chrislite1087@icloud.com
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

I am writing to follow up on my correspondence dated May 22, 2025, including both my email and letter, as well as my subsequent email dated May 27, 2025. To date, I have not received any response.

The continued lack of communication is deeply concerning and creates the impression that my client's concerns and allegations are not being treated with the seriousness they warrant. More troubling is the apparent failure to take any meaningful action regarding his claims of unlawful termination.

As previously stated, my client's termination was not the result of misconduct, poor performance, or any wrongdoing on his part. Rather, the circumstances surrounding his separation indicate discriminatory treatment, unequal application of workplace standards, and significant failures in communication and oversight

by management and senior staff.

Furthermore, the absence of any substantive response or action from both Human Resources and his union representative is unacceptable. Such inaction raises serious concerns regarding whether a fair, impartial, and thorough review of his allegations is being conducted.

Earlier today, I spoke with Madelyn, the receptionist at the JFK union office, who advised me that Mr. Lopez would be contacting me sometime today regarding this matter. I look forward to speaking with him and discussing the status of my client's claims.

Given the gravity of these allegations, I request an immediate response outlining the steps that have been taken to investigate this matter, as well as a timeline for any further action. If no action has been taken, please provide an explanation for the delay.

Please contact me directly on my cell phone at (718) 664-3110 at your earliest convenience.

I trust that this matter will now receive the prompt attention it deserves and look forward to your response without further delay.

Best regards,

***Annalisa Acampora, Esq.***
ACAMPORA & LEVINE
ATTORNEYS AT LAW
1615 Merrick Road
Merrick, NY 11566
Tel: 516-407-3400
Fax: 516-407-3399
Email: annalisa@aclevlaw.com

Confidentiality Notice: The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please contact me immediately, and delete the communication from

any computer or network system. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Annalisa Acampora
**Sent:** Wednesday, May 27, 2026 1:05 PM
**To:** elopez@100.unitehere.org <elopez@100.unitehere.org>; ursula.holden@foodtravelexperts.com <ursula.holden@foodtravelexperts.com>
**Cc:** chrislite1087@icloud.com <chrislite1087@icloud.com>
**Subject:** RE: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

Dear Mr. Lopez and Ms. Holden:

I am following up on my previous email and letter dated May 22nd. Please provide an update immediately.

Best regards,

*Annalisa Acampora, Esq.*

ACAMPORA & LEVINE
ATTORNEYS AT LAW

1615 Merrick Road

Merrick, NY 11566

Tel: 516-407-3400

Fax: 516-407-3399

Email: annalisa@aclevlaw.com

Confidentiality Notice: The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you

have received this transmission in error, please contact me immediately, and delete the communication from any computer or network system. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Annalisa Acampora <Annalisa@aclevlaw.com>
**Sent:** Saturday, May 23, 2026 1:23 PM
**To:** elopez@100.unitehere.org; ursula.holden@foodtravelexperts.com
**Cc:** chrislite1087@icloud.com
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

Dear Mr. Lopez and Ms. Holden:

Please be advised that this office represents Christopher Vitale in connection with his wrongful termination from his employment with SSP at JFK Terminal 5. Attached hereto please find my letter of representation and formal demand for immediate representation and action concerning his unlawful discharge.

Please contact this office immediately upon receipt of this correspondence. We expect prompt attention to this matter and reserve all rights and remedies available to Mr. Vitale under applicable labor and employment laws.

Best regards,

*Annalisa Acampora, Esq.*

ACAMPORA & LEVINE
ATTORNEYS AT LAW

1615 Merrick Road

Merrick, NY 11566

Tel: 516-407-3400

Fax: 516-407-3399

Email: annalisa@aclevlaw.com

Confidentiality Notice: The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please contact me immediately, and delete the communication from any computer or network system. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**External Email Warning:** This email originated outside **UNITE HERE.** Please ensure this is the person you intend to be emailing with.

**External Email Warning:** This email originated outside **UNITE HERE.** Please ensure this is the person you intend to be emailing with.

**External Email Warning:** This email originated outside **UNITE HERE.** Please ensure this is the person you intend to be emailing with.

**External Email Warning:** This email originated outside **UNITE HERE.** Please ensure this is the person you intend to be emailing with.

**External Email Warning:** This email originated outside **UNITE HERE.** Please ensure this is the person you intend to be emailing with.