# EXHIBIT D

Text Messages — Counsel and Eduardo Lopez

*June 4, 2026*


1:12
2
+1 (917) 376-2848
Encrypted
Thu, Jun 4 at 4:15 PM
Hi good afternoon my name is Eduardo how can I help
Hi, were you able to review my letter ?
Which letter?
Your name
??
Are you the union rep I have been emailing?
What's your name and where you work please maybe you have I have to check
Annalisa Acampora from Acampora and Levine regarding my client Christopher Vitale
Letter - Chris Vitale.pdf
PDF Document · 109 KB
Please confirm whether a
iMessage
and what actions have been

EX. D-1


1:12
2
+1 (917) 376-2848
Which letter?
Your name
??
Are you the union rep I have been emailing?
What's your name and where you work please maybe you have I have to check
Annalisa Acampora from Acampora and Levine regarding my client Christopher Vitale
Letter - Chris Vitale.pdf
PDF Document · 109 KB
Please confirm whether a grievance has been filed on Mr. Vitale's behalf and assistance; and what actions have been taken to challenge this wrongful termination
Delivered
iMessage