# EXHIBIT E

Text Messages — Plaintiff and Eduardo Lopez

*June 17 – 18, 2026*

*Photographic identification at E-4 redacted pursuant to Fed. R. Civ. P. 5.2.*


2:41
Eduardo Jfk Union Rep
Thu, May 14 at 11:52 AM
Good afternoon
Today 2:39 PM
I'm coordinating a grievance meeting for next week Thursday I'll let you know by tomorrow
You have to contact my lawyer
Delivered
It's a grievance meeting
It's under the contract
iMessage


2:42
E
Eduardo Jfk Union Rep
Good afternoon
Today 2:39 PM
I'm coordinating a grievance meeting for next week Thursday I'll let you know by tomorrow
You have to contact my lawyer
Delivered
It's a grievance meeting
It's under the contract
I don't deal with lawyers
iMessage
I
The
I'm
Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123


4:06
everything transpired after as well
Eduardo Jfk Union Rep
Again the grievance is based upon the cba and it's with union organizer and the company and the grievant
Can you show me in the contract where it says I can't have an attorney present?
Delivered
Today 4:06 PM
As I mention I'll let you know when the meeting will be and time
You need to be present
iMessage


Today 1:55 PM
2:15
Please provide me your id
REDACTED
Photographic identification withheld pursuant to Fed. R. Civ. P. 5.2
Ok also if you have the port authority if I recommend to bring it
You guys took my badge away from me the day of termination
I'm not Ssp
Ok they said you had it
I don't
Delivered
Ok
Next week Thursday at The 10 am
iMessage


2:26
You guys took my badge away from
termination
I'm not Ssp
E
Eduardo Jfk Union Rep
Ok they said you had it
I don't
Ok
Next week Thursday at The 10 am
Where is the meeting taking place?
I have to check my work schedule and I'll let you by know Monday.
Delivered • Edited
Pass tsa by there office
iMessage
I
The
I'm
123


2:31
Instagram
also if you have t
authority if I recomm
bring it
E
Eduardo Jfk Union Rep
You guys took my badge away from me the day of termination
I'm not Ssp
Ok they said you had it
I don't
Ok
Next week Thursday at The 10 am
Where is the meeting taking place?
I have to check my work schedule and I'll let you by know Monday.
Edited
Pass tsa by there office
Where is TSA office which terminal? And I will let you know by Monday if I will be there it depends on my work schedule
Delivered
Terminal 4
That's the only day I could do it
iMessage


3:54
2 People
Today 3:54 PM
Eduardo Jfk Union Rep
Chris we  filed your grievance and we have schedule your grievance meeting for Thursday

If you refuse to show to your grievance meeting consider your grievance closed.

The meeting is Thursday at time  at the airport

Please confirm and we will see you Thursday

Thanks
iMessage


3:58

iMessage

2 People

Eduardo Jfk Union Rep

Chris we filed your grievance and we have schedule your grievance meeting for Thursday

If you refuse to show to your grievance meeting consider your grievance closed.

The meeting is Thursday at time at the airport

Please confirm and we will see you Thursday

Thanks

As i previously stated I'll confirm Monday

Eduardo Jfk Union Rep

Chris we filed your grievance and we have schedule your grievance meeting for Thursday

If you refuse to show to your grievance meeting consider your grievance closed.

The meeting is Thursday at 10 am at jfk airport terminal 4 by there office pass tsa

Please confirm and we will see you Thursday

iMessage

EX. E-8



3:59

2 People

The meeting is Thursday at time at the airport

Please confirm and we will see you Thursday

Thanks

As i previously stated I'll confirm Monday

Eduardo Jfk Union Rep

Chris we filed your grievance and we have schedule your grievance meeting for Thursday

If you refuse to show to your grievance meeting consider your grievance closed.

The meeting is Thursday at 10 am at jfk airport terminal 4 by there office pass tsa

Please confirm and we will see you Thursday

+1 (347) 267-0094 Add

This is your termination grievance and need to show up for your grievance and again if you don't show consider your grievance closed.

iMessage