# EXHIBIT F

Outgoing Call Log — Plaintiff to UNITE HERE Local 100

*April 22 – May 14, 2026*


12:23
5G UC
"Jfk" in Calls
Jfk Union Receptionist
phone
5/4/26
Eduardo Jfk Union Rep
phone
5/4/26
Jfk Union Receptionist
phone
5/1/26
Eduardo Jfk Union Rep
phone
5/1/26
Eduardo Jfk Union Rep
phone
4/27/26
Jfk Union Receptionist (2)
phone
4/22/26


J
Jfk Union Receptionist
phone
5/14/26
E
Eduardo Jfk Union Rep
phone
5/13/26
J
Jfk Union Receptionist
phone
5/12/26
E
Eduardo Jfk Union Rep
phone
5/12/26
E
Eduardo Jfk Union Rep
phone
5/7/26
J
Jfk Union Receptionist (2)
phone
5/5/26
J
Jfk Union Receptionist
phone
5/4/26
E
Eduardo Jfk Union Rep
phone
5/4/26
J
Jfk Union Receptionist
phone
5/1/26
Eduardo Jfk Union Rep