# EXHIBIT G

Email, Plaintiff to Ursula Holden (SSP Human Resources)

*May 4, 2026*



12:24 5G UC

Found in Sent Mailbox

Chris Vitale 5/4/26

To: ursula.holden@foodtravelexperts.com

SSP

Good afternoon Ursula my name is Christopher Vitale I was an employee for SSP in jfk terminal 5 for the restaurant JFK I got wrongful terminated after my vacation I spoke to Eduardo and George just waiting for follow ups and would also know if you can contact me my number is 347-860-0764

Sent from my iPhone