# EXHIBIT H

Emails Rejecting Reclassification to Voluntary Resignation

*June 25, 2026*

**From:** Chris Vitale
**To:** Annalisa Acampora
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination
**Date:** Thursday, June 25, 2026 12:08:18 PM

I affirm my attorney's position and request you not change my termination to a resignation
Sent from my iPhone

On Jun 25, 2026, at 11:04 AM, Annalisa Acampora <Annalisa@aclevlaw.com> wrote:

Hi all
Having conferred with my client following the grievance meeting from which I was improperly excluded, please be advised that we formally and unequivocally reject your offer to reclassify his termination as a resignation.

We maintain our position that my client was wrongfully terminated, and that said termination was the product of unlawful discrimination. Any characterization of his separation as a voluntary resignation is factually inaccurate and legally untenable, and we will not accept or acquiesce to such a designation under any circumstances.

We reserve all rights and remedies available to my client under applicable federal and state law.

Best regards,

*Annalisa Acampora, Esq.*
ACAMPORA & LEVINE ATTORNEYS AT LAW
1615 Merrick Road
Merrick, NY 11566
Tel: 516-407-3400
Fax: 516-407-3399
Email: annalisa@aclevlaw.com

---

**From:** Annalisa Acampora <Annalisa@aclevlaw.com>
**Sent:** Thursday, 18 June 2026 11:10:51
**To:** Dennis Diaz <ddiaz@unitehere.org>
**Cc:** chrislite1087@icloud.com <chrislite1087@icloud.com>; Eduardo Lopez <ELopez@100.unitehere.org>
**Subject:** Re: Christopher Vitale - Request for Immediate Union Representation and Grievance for Wrongful Termination

Looking forward to meeting you all! Have a great day.

Best regards,
***Annalisa Acampora, Esq.***
ACAMPORA & LEVINE ATTORNEYS AT LAW
1615 Merrick Road
Merrick, NY 11566
Tel: 516-407-3400
Fax: 516-407-3399
Email: annalisa@aclevlaw.com